```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    VALDOSTA DIVISION
```

| | | |
|---|---|---|
| **THE UNITED STATES LIFE** | ) | |
| **INSURANCE COMPANY IN THE** | ) | |
| **CITY OF NEW YORK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File |
| | ) | No.  7:04-cv-115-HL |
| **CORINE MYERS-JENNINGS and** | ) | |
| **ADRIENNE L. JENNINGS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONSENT ORDER GRANTING DISCHARGE**

This lawsuit concerns various Claimants to The United States Life Insurance Company in the City of New York (hereinafter "USL") life insurance group policy number G510,049, certificate number 02927-001229 insuring the life of Patrick Jennings.  The potential beneficiaries to the policies' proceeds are Corine Myers-Jennings and Adrienne L. Jennings.

USL has petitioned this Court for an Interpleader because it is in doubt as to who is entitled to the proceeds of the policy.  As a result, USL tendered into the Court's Registry the amount of $104,356.60 on October 13, 2004.

Corine Myers-Jennings agrees that USL should be discharged and agrees to interplead her respective claim in this action. Corine Myers-Jennings also releases USL from any further

89686

liability as relating to life insurance group policy G510,049, certificate number 02927-001229.

Additionally, USL agrees not to seek attorney's fees or court costs arising out of this action from Corine Myers-Jennings or from the proceeds of the policy tendered into the Court's registry.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED, that USL's request for Interpleader Discharge shall be granted with respect to Corine Myers-Jennings.  Specifically, USL shall be absolved from any further liability regarding life insurance group policy G510,049, certificate number 02927-001229 with respect to Corine Myers-Jennings.

So ORDERED this 16th day of June, 2005.

                              **s/   Hugh Lawson**
                              The Honorable Hugh Lawson
                              Judge, United States District Court

| Prepared by and consented to by: | Consented to by: |
|---|---|
| **s/Leigh C. Hancher, Esq.** | **s/Karla L. Walker, Esq.** |
| Georgia Bar No. 322282 | Georgia Bar No. 732288 |
| Kenan G. Loomis, Esq. | COPELAND & WALKER |
| Georgia Bar No. 457865 | 102 East Adair Street |
| SMITH MOORE LLP | Valdosta, Georgia  31603 |
| 3700 One Atlantic Center | Telephone:  (229) 247-4617 |
| 1201 West Peachtree Street | E-mail:  cwlaw02@-bellsouth.net |
| Atlanta, Georgia 30309 | Counsel for Corine Myers-Jennings |
| Telephone:  (404) 962-1000 | |
| Fax:  (404) 962-1200 | |
| E-mail: leigh.hancher@smith-moorelaw.com | |
| Counsel for American General Life and Accident Insurance Company | |

89686

                              2

89686

3