IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGI A
VALDOSTA DIVISION

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | )( )( )( )( | |
| Plaintiff, | )( )( | |
| v. | )( )( | Civil Action No. 7:04-CV-115-HL |
| CORINE MYERS-JENNINGS and ADRIENNE L. JENNINGS, | )( )( )( | |
| Defendants. | | |

## ORDER

Plaintiff's Petition for Interpleader having been filed on October 8, 2004 because it is in doubt as to who is entitled to the proceeds of life insurance group policy G510,049, certificate number 02927-001229. As a result, Plaintiff tendered into the Court's Registry the amount of $104, 356.60 on October 13, 2004. Defendant Corrine Myers- Jennings was properly served on October 22, 2004 and timely filed an answer to Plaintiff's Petition, by and through counsel on November 4, 2004. Plaintiff, attempted personal service upon Adrienne L. Jennings on two separate occasions, however, both attempts were unsuccessful.

Accordingly, Plaintiff filed a Motion for Service by Publication, with respect to Defendant Adrienne L. Jennings, and this Honorable Court entered an Order permitting the same on March 2, 2005. The first publication was on March 29, 2005 and the last was

on April 29, 2005. As a result of Defendant Adrienne L. Jennings' failure to answer Plaintiff's Petition, a Default Judgment was entered against her on May 23, 2005. Therefore, Defendant Corinne Myers-Jennings is the only remaining interpleader Defendant with a claim to the policy proceeds.

On June 8, 2005, Plaintiff and Defendant Corinne Myers Jennings filed a joint Consent Order Granting Discharge in which Defendant Corinne Myers-Jennings agreed that Plaintiff should be discharged and to interplead her respective claim in this action Defendant Corinne Myers-Jennings also released Plaintiff from any further liability as relating to life insurance group policy G510,049, certificate number 02927-001229. Additionally, Plaintiff agreed not to seek attorney's fees or court cost arising out of this action from Defendant Corinne Myers-Jennings or from the proceeds of the policy tendered into the Court's registry. Said Consent Order was signed and entered into the records on this case.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the proceeds ($104,356.60) of life insurance group policy G510, 049, certificate number 02927-001229 be relinquished and tendered to Defendant Corinne Myers-Jennings upon the filing of this Order.

Following the tender of the proceeds to the defendant, the Clerk of Court is instructed to do the necessary to close this case.

So ORDERED this 16th day of June, 2005

s/   Hugh Lawson
The Honorable Hugh Lawson
Judge, United States District Court